District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT FREDRICS BANDA,<br><br>                              Petitioner,<br><br>   v<br><br>KEVIN MCALEENAN, *et al*.,<br><br>                              Respondents. | NO.  C18-1841 JLR<br><br>STIPULATED ORDER OF DISMISSAL<br><br>Noted for:  April 15, 2020 |

The parties have settled Plaintiff's claims for attorneys' fees and costs.  Now, that all claims specifically referenced in Plaintiff's petition have been resolved either by Court order (Dkt. Nos. 17, 18) or settlement, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal of the above-captioned action.

//
//
//
//
//

STIPULATED ORDER OF DISMISSAL
C18-1841 JLR 1

1    DATED this 15th day of April, 2020.

2

3                              Respectfully submitted,

4

5                              *s/ Matt Adams*
                               MATT ADAMS, WSBA No. 28287
6                              matt@nwirp.org

7

8                              *s/ Aaron Korthuis*
                               AARON KORTHUIS, WSBA No. 53974
9                              aaron@nwirp.org

10

11                             Northwest Immigrant Rights Project
                               615 Second Ave., Suite 400
12                             Seattle, WA 98104
                               Tel: (206) 957-8611
13                             *Attorneys for Petitioner*

14

15                             BRIAN T. MORAN
                               United States Attorney
16
                               */s/ Michelle R. Lambert*
17                             Michelle R. Lambert, NYS #4666657
                               Assistant United States Attorney
18                             United States Attorney's Office
                               1201 Pacific Avenue, Suite 700
19                             Tacoma, Washington 98406
                               Phone: (253) 428-3824
20                             Email:    michelle.lambert@usdoj.gov
                               *Attorneys for Respondents*
21

22

23

24

25

26

27

28

STIPULATED ORDER OF DISMISSAL                        UNITED STATES ATTORNEY
C18-1841 JLR 2                                       1201 PACIFIC AVE., STE. 700
                                                     TACOMA, WA 98402
                                                     (253) 4258-3800

1

## <u>ORDER</u>

2

3          IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal

4   is GRANTED for the reasons set forth in the Stipulation.

5

6          SO ORDERED.

7

8          Dated this 17th day of April, 2020.

9

10

11

12   _____

13   JAMES L. ROBART
     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER OF DISMISSAL
C18-1841 JLR 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED ORDER OF DISMISSAL
C18-1841 JLR 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800